

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00340-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01910
Honorable Karen H. Pozza, Judge Presiding

**ORDER ON APPELLANTS' MOTION FOR RECONSIDERATION EN BANC**

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

On August 13, 2015, appellants filed a motion for reconsideration en banc of the court's opinion and order dismissing this appeal. The motion is denied.

It is so **ORDERED** on August 26, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court